IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MISSOURI

United States of America,

        Plaintiff,               Case No. 19-00351-01-CR-W-GAF

V.

Montoryon Harris,

        Defendant.

### Motion for Appointing of New Council

### or Request to Proceed Pro-Se

Comes Now, Montoryon Harris, respectfully file before this Honorable Court, *Pro-Se* motion requesting the United State District Court to appoint new counsel in the defendant Harris' case based upon the following reasons and arguments raised before the court.

### Arguments Before the Court

Defendant argues before the court that the court appointed counsel, Travis Poindexter, has demonstrated conflict of interests in the defendant's case.

Counsel Mr. Poindexter entered his appearance in the defendant's case pursuant to title 18

1

U.S.C 3006, that was approved by the United Stated District Court. Counsel has deliberately ignored any and all of defendant's requests for discovery and any and all motions on Brady Material in the defendant's case which would afford defendant an opportunity to begin the necessary pretrial filing of the defendant's motions before the District Court. At this point the defendant believes Mr. Poindexter had a duty to make a reasonable investigation or to make reasonable decisions that makes any particular investigation unnecessary.

Defendant Harris now requests the District Court to grant his motion for the appointment of new counsel based on his Constitutional Rights. See **Faretta v. California, 422 U.S. 808.**

Wherefore, defendant Harris prays that his motion for appointment of new counsel be granted.

Respectfully Submitted,

## *Certificate of Service*

I hereby certify under penalty of perjury as delineated under Title 28 U.S.C 1746, that the foregoing motion for appointment of new counsel is true and correct to the best of my knowledge and that a copy has been provided to the adverse parties by U.S. Postal mail and deposited in the U.S. Postal mailbox on this, 14th day of September 2020.

Clerk's Office of the United States
District Court of Missouri
400 E. Ninth Street
Kansas City, MO 64106

United States Attorney Office
Travis Poindexter
Scarritt Building
818 Grand Boulevard
Suite 300
Kansas City, MO 64106

Mr. Montoryon Harris #34460045
Leavenworth Detention Center (CCA)
100 Highway Terrace
Leavenworth, KS 66048

*Montory H* #34460045