Montoryon Harris 3446004S
L.D.C.
100 Highway Terrace
Leavenworth, Ks 66048

RECEIVED
2020 SEP 16 AM 11: 45
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF MO
KANSAS CITY, MO

Clerk's Office of the United States
District Court of Missouri
400 E. Ninth Street
Kansas City, Mo 64106

LEGAL MAIL

19-351-01
GAF